Same case below, 398 Fed. Appx. 803.

**No. 10-8827. Timothy Flakes, Jr., Petitioner v. United States.**

562 U.S. 1278, 131 S. Ct. 1620, 179 L. Ed. 2d 514, 2011 U.S. LEXIS 1914.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 399 Fed. Appx. 10.

**No. 10-8828. Willard Howard, Petitioner v. United States.**

562 U.S. 1278, 131 S. Ct. 1623, 179 L. Ed. 2d 514, 2011 U.S. LEXIS 2020,

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 621 F.3d 433.

**No. 10-8830. Leon Glaspy, Petitioner v. United States.**

562 U.S. 1278, 131 S. Ct. 1623, 179 L. Ed. 2d 514, 2011 U.S. LEXIS 1970.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 401 Fed. Appx. 430.

**No. 10-8831. William Harris, Petitioner v. United States.**

562 U.S. 1278, 131 S. Ct. 1620, 179 L. Ed. 2d 514, 2011 U.S. LEXIS 2099.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-8839. Johan Torres-Rosario, Petitioner v. United States.**

562 U.S. 1278, 131 S. Ct. 1623, 179 L. Ed. 2d 514, 2011 U.S. LEXIS 1982.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-8842. Hitham Abuhouran, Petitioner v. Jeff Grondolsky, Warden.**

562 U.S. 1278, 131 S. Ct. 1624, 179 L. Ed. 2d 514, 2011 U.S. LEXIS 2016.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 392 Fed. Appx. 78.

**No. 10-8847. Alton Jones, Petitioner v. United States.**

562 U.S. 1278, 131 S. Ct. 1620, 179 L. Ed. 2d 514, 2011 U.S. LEXIS 1950.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-8849. Rodney Bynard Johnson, Petitioner v. United States.**

562 U.S. 1278, 131 S. Ct. 1620, 179 L. Ed. 2d 514, 2011 U.S. LEXIS 2026.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 630 F.3d 970.